# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PARAGON OFFSHORE PLC, *et al.*,[1] | Case No. 16-10386 (CSS) |
| Debtors. | Joint Administration Requested |

## NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Paul, Weiss, Rifkind, Wharton & Garrison LLP and Young Conaway Stargatt & Taylor, LLP, hereby enter their appearance as counsel to certain holders of the 6.75% Senior Notes due 2022 and the 7.25% Senior Notes due 2024 (the "Consenting Noteholders") in the above-captioned cases, and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Paragon Offshore plc (6017); Paragon Offshore Finance Company; Paragon International Finance Company (8126); Paragon Offshore Holdings US Inc. (1960); Paragon Offshore Drilling LLC (4541); Paragon FDR Holdings Ltd. (4731); Paragon Duchess Ltd.; Paragon Offshore (Luxembourg) S.à r.l. (5897); PGN Offshore Drilling (Malaysia) Sdn. Bhd. (9238); Paragon Offshore (Labuan) Pte. Ltd. (3505); Paragon Holding SCS 2 Ltd. (4108); Paragon Asset Company Ltd. (2832); Paragon Holding SCS 1 Ltd. (4004); Paragon Offshore Leasing (Luxembourg) S.à r.l. (5936); Paragon Drilling Services 7 LLC (7882); Paragon Offshore Leasing (Switzerland) GmbH (0669); Paragon Offshore do Brasil Ltda.; Paragon Asset (ME) Ltd. (8362); Paragon Asset (UK) Ltd.; Paragon Offshore International Ltd. (6103); Paragon Offshore (North Sea) Ltd.; Paragon (Middle East) Limited (0667); Paragon Holding NCS 2 S.à r.l. (5447); Paragon Leonard Jones LLC (8826); Paragon Offshore (Nederland) B.V.; and Paragon Offshore Contracting GmbH (2832). The Debtors' mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042.

01:18290884.1

| | |
|---|---|
| Andrew N. Rosenberg, Esq. | Pauline K. Morgan, Esq. (No. 3650) |
| Elizabeth R. McColm, Esq. | Maris J. Kandestin, Esq. (No. 5294) |
| Oksana Lashko, Esq. | Elizabeth S. Justison, Esq. (No. 5911) |
| Jeanne L. John, Esq. | YOUNG CONAWAY STARGATT |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | & TAYLOR, LLP |
| | Rodney Square |
| 1285 Avenue of the Americas | 1000 North King Street |
| New York, New York 10019 | Wilmington, Delaware 19801 |
| Telephone:  (212) 373-3000 | Telephone:  (302) 571-6600 |
| Facsimile:   (212) 757-3990 | Facsimile:   (302) 571-1253 |
| Email: arosenberg@paulweiss.com | **CM/ECF Noticing**: bankfilings@ycst.com |
|          emccolm@paulweiss.com | Email:  pmorgan@ycst.com |
|          olashko@paulweiss.com |              mkandestin@ycst.com |
|          jjohn@paulweiss.com |              ejustison@ycst.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by the Consenting Noteholders to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Consenting Noteholders or (b) a waiver of any right of the Consenting Noteholders (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which the Consenting Noteholders are or may be entitled under agreements, in law, or in equity,

all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby. This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: February 16, 2016<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Pauline K. Morgan*<br>Pauline K. Morgan (No. 3650)<br>Maris J. Kandestin (No. 5294)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:   (302) 571-1253<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Andrew N. Rosenberg<br>Elizabeth R. McColm<br>Oksana Lashko<br>Jeanne L. John<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone:  (212) 373-3000<br>Facsimile:   (212) 757-3990<br><br>*Counsel to the Consenting Noteholders* |