IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 16-10386 (CSS) |
| PARAGON OFFSHORE PLC, et al., ) | |
| ) | Jointly Administered |
| Debtors.[1] ) | |
| ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NORTH CAROLINA ) | |
| ) SS: | |
| COUNTY OF GUILFORD ) | |

Michael R. Hammersley, being duly sworn according to law, deposes and says that he is a member of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc., in the above-captioned cases, and that on the 9th day of March 2017, he caused a copy of Request of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc. for the *Appointment of an Official Equity Committee and Motion of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc., to Shorten Notice Period Required for this Request* [D.I. 1223] to be served upon the parties identified on the service list attached hereto as **EXHIBIT A** in the manner indicated.

Michael R. Hammersley

SWORN TO AND SUBSCRIBED before me on this 9th day of March 2017

Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Paragon Offshore plc (6017); Paragon Offshore Finance Company (6632); Paragon International Finance Company (8126); Paragon Offshore Holdings US Inc. (1960); Paragon Offshore Drilling LLC (4541); Paragon FDR Holdings Ltd. (4731); Paragon Duchess Ltd.; Paragon Offshore (Luxembourg) S.à r.l. (5897); PGN Offshore Drilling (Malaysia) Sdn. Bhd. (9238); Paragon Offshore (Labuan) Pte. Ltd. (3505); Paragon Holding SCS 2 Ltd. (4108); Paragon Asset Company Ltd. (2832); Paragon Holding SCS 1 Ltd. (4004); Paragon Offshore Leasing (Luxembourg) S.à r.l. (5936); Paragon Drilling Services 7 LLC (7882); Paragon Offshore Leasing (Switzerland) GmbH (0669); Paragon Offshore do Brasil Ltda.; Paragon Asset (ME) Ltd. (8362); Paragon Asset (UK) Ltd.; Paragon Offshore International Ltd. (6103); Paragon Offshore (North Sea) Ltd.; Paragon (Middle East) Limited (0667); Paragon Holding NCS 2 S.à r.l. (5447); Paragon Leonard Jones LLC (8826); Paragon Offshore (Nederland) B.V.; and Paragon Offshore Contracting GmbH (2832). The Debtors' mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042.

# EXHIBIT A
SERVICE LIST

(i) Paragon Offshore plc, 3151 Briarpark Drive, Houston, TX 77042 (Attn: Todd R. Strickler);
*Certified Mail*

(ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Gary T. Holzter, Esq., Stephen A. Youngman, Esq., and Alfredo R. Perez, Esq.), counsel to the Debtors;
*Certified Mail*

(iii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Mark D. Collins, Esq. and Amanda R. Steele, Esq.), Delaware counsel to the Debtors;
*Certified Mail*

(iv) the Office of the U.S. Trustee;
*Certified Mail*

(v) Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017 (Attn: Sandeep Qusba, Esq. and Kathrine A. McLendon, Esq.), counsel to JPMorgan Chase Bank, N.A.
*Certified Mail*

(vi) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801 (Attn: Adam G. Landis, Esq., Kerri K. Mumford, Esq., and Kimberly A. Brown, Esq.), Delaware counsel to JPMorgan Chase Bank, N.A.;
*Certified Mail*

(vii) Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019 (Attn: Scott D. Talmadge, Esq., Benjamin Mintz, Esq., and Madlyn G. Primoff, Esq.), counsel to Cortland Capital Market Services L.L.C.
*Certified Mail*

(viii) Potter Anderson & Corroon LLP, 1313 North Market Street, Sixth Floor, P.O. Box 951, Wilmington, DE 19801 (Attn: Jeremy W. Ryan, Esq., Ryan M. Murphy, Esq., and D. Ryan Slaugh, Esq.), Delaware counsel to Cortland Capital Market Services L.L.C.;
*Certified Mail*

(ix) Morgan, Lewis, & Bockius LLP, 101 Park Avenue, New York, NY 10178 (Attn: James O. Moore, Esq., Glenn E. Siegel, Esq., and Joshua Dorchak, Esq.), counsel to Deutsche Bank Trust Company Americas
*Certified Mail*

(x) the United States Securities and Exchange Commission;
*Certified Mail*

(xi) the United States Internal Revenue Service; and
*Certified Mail*

(xii) the United States Attorney's Office for the District of Delaware
*Certified Mail*