# SIGN-IN SHEET

**CASE NAME:** Paragon
**CASE NO:** 16-10386
**COURTROOM LOCATION:** 6
**DATE:** 6/7/2017 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael R. Hampesley | Unofficial Committee | Pro - Se |
| Andrew Rosenberg, Samuel Lovett | Paul Weiss | Official Committee |
| Julia Morgan | Young Conaway | Official Committee |
| Madlyn Primoff | Freshfields | Cortland Capital Market+Services |
| Jeremy Ryan | Potter Anderson & Corroon | " |
| Ryan Stough | " | " |
| Gary Holtzer | Weil | Debtors |
| Alfredo Perez | " | Debtors |
| Ed Soto | " | Debtors |
| Jessica Liou | " | Debtors |
| Ed McCarthy | Richards, Layton+Finger | Debtors |
| Marc Collins | Richards, Layton+Finger | Debtors |
| Amanda Steele | Richards, Layton+Finger | Debtors |
| Joe Barsalona | Richards, Layton+Finger | Debtors |
| Kerri Mumford | Landis Rath+Cobb | JPM |
| Katherine Milanda | Simpson Thacher | JPM |
| Ward Benson | DOJ | USA/IRS |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
#6

Calendar Date: 06/07/2017
Calendar Time: 10:00 AM ET

Amended Calendar Jun 7 2017 6:08AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Paragon Offshore plc | 16-10386 | Hearing | 8394895 | Lauren Aguiar | (212) 735-3000 ext. | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Noble Corporation / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8385298 | Jack Bisceglia | (212) 735-2928 ext. | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Jack Bisceglia / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8390627 | Carroll Cartwright | (713) 319-1361 ext. | Wells Fargo | Interested Party, Wells Fargo / LIVE |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8386002 | Andy Chediak | (212) 526-4026 ext. | Barclays | Interested Party, Barclays / LIVE |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8389884 | Danielle D'Aquila | (212) 209-4985 ext. | Brown Rudnick LLP | Interested Party, Danielle D'Aquila / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8390258 | Aaron David | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8395863 | David Dunn | (203) 529-1765 ext. | Cross Sound Managment, LLC | Interested Party, Cross Sound Managment / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8388860 | Shana Elberg | (212) 735-3000 ext. | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Noble Corporation plc / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8360747 | David M. Epstein | (646) 616-3050 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8390861 | Brenda L. Funk | (713) 546-5165 ext. | Weil Gotshal & Manges LLP | Debtor, Paragon Offshore plc / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8393290 | Matthew Gruppo | (302) 984-6288 ext. | CIFC Asset Management | Interested Party, Cortland Capital Market / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8384939 | Wallis Hampton | (713) 655-5100 ext. | Skadden, Alps, Slate, Meagher & Flom, LLP - Houston | Interested Party, Wallis Hampton / LIVE |
| | | Paragon Offshore plc | 16-10386 | Hearing | 8394549 | ~~Taylor B. Harrison~~ Patrick Holohan | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Paragon Offshore plc | 16-10386 | Hearing | 8359824 | Steven C. Krause | (212) 688-2550 ext. | Owl Creek Asset Management LP | Creditor, Owl Creek Asset Management LP / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8392254 | Mark Lawford | +4420790310 00 ext. | Weil Gotshal & Manges | Debtor, Paragon Offshore plc / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8391119 | James Lee | (310) 751-1537 ext. | Kurtzman Carson Consultants | Representing, Kurtzman Carson Consultants / LIVE |
| Paragon Offshore plc | 16-10386 | Hearing | 8392216 | Teresa Lii | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8390229 | Samuel E. Lovett | (212) 373-3644 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| Paragon Offshore plc | 16-10386 | Hearing | 8395879 | Jonathan Ludwig | (212) 412-6772 ext. | Barclays | Interested Party, Jonathan Ludwig / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8388938 | Altaf Mackeen | (646) 571-1877 ext. | VRCG | Creditor, VR / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8394074 | Christopher Mayfield | (646) 766-0641 ext. | Capital Structure | Interested Party, CapitalStructure / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8388776 | Scott T. McCabe | (212) 754-1613 ext. | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8394272 | James McLaughlan | (302) 467-4432 ext. | JP Morgan Chase & Co. | Interested Party, James McLaughlan / LIVE |
| Paragon Offshore plc | 16-10386 | Hearing | 8394291 | Christopher Nutt | (302) 467-4432 ext. | JP Morgan Chase & Co. | Interested Party, Christopher Nutt / LIVE |
| Paragon Offshore plc | 16-10386 | Hearing | 8386497 | Barry Parks | (713) 319-1957 ext. | Wells Fargo - All Offices | Interested Party, Wells Fargo / LIVE |
| Paragon Offshore plc | 16-10386 | Hearing | 8393303 | Brian Pilko | (302) 984-6288 ext. | CIFC Asset Management | Interested Party, Cortland Capital Market / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8389768 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8392748 | Lillian A. Rizzo | (212) 416-2717 ext. | The Wall Street Journal | Interested Party, The Wall Street Journal / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8392185 | Michael I. Shilling | (212) 649-9566 ext. | P. Schoenfeld Asset Management | Creditor, P. Schoenfeld Asset Management / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8392396 | Patrick Steel | (212) 310-8000 ext. | Weil, Gotshal & Manges LLP | Debtor, Paragon Offshore, LLC / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Paragon Offshore plc | 16-10386 | Hearing | 8392403 | Ryan Tarkington | (302) 651-7700 ext. | Paragon Offshore plc | Debtor, Paragon Offshore plc / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8370976 | Benjamin Taylor | (212) 610-6300 ext. | Allen & Overy, LLP | Creditor, HSBC Bank USA / LISTEN ONLY |
| Paragon Offshore plc | 16-10386 | Hearing | 8389832 | Stephen Youngman | (214) 746-7758 ext. | Weil Gotshal & Manges LLP | Debtor, Paragon Offshore plc / LISTEN ONLY |