UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Paragon Offshore PLC, et al.

Case No. 16-10386 (CSS)
Reporting Period: July 1 - September 30, 2017
Federal Tax I.D. # 98-1146017

## QUARTERLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | QOR-1 | X | |
| Balance Sheet | QOR-2 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Authorized Individual*

Date

Lee Ahlstrom
Printed Name of Authorized Individual

Senior Vice President and CFO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

QOR Notes

**In re Paragon Offshore PLC, et al.**

Case No. 16-10386 (CSS)
Reporting Period: July 1 - September 30, 2017
Federal Tax I.D. # 98-1146017

## Notes to the Quarterly Operating Report

**GENERAL:**
The report includes activity from the following Debtors and related Case Numbers:

| Debtor | Case Number |
|---|---|
| Paragon Offshore Drilling LLC | 16-10385 |
| Paragon Offshore plc (in administration) | 16-10386 |
| Paragon Drilling Services 7 LLC | 16-10387 |
| Paragon Offshore Finance Company | 16-10388 |
| Paragon Offshore Leasing (Switzerland) GmbH | 16-10389 |
| Paragon Offshore do Brasil Ltda. | 16-10390 |
| Paragon International Finance Company | 16-10391 |
| Paragon Asset (ME) Ltd. | 16-10392 |
| Paragon Offshore Holdings US Inc. | 16-10393 |
| Paragon Asset (UK) Ltd. | 16-10394 |
| Paragon FDR Holding Ltd. | 16-10395 |
| Paragon Offshore International Ltd. | 16-10396 |
| Paragon Offshore (North Sea) Ltd. | 16-10397 |
| Paragon Duchess Ltd. | 16-10398 |
| Paragon (Middle East) Limited | 16-10399 |
| Paragon Offshore (Luxembourg) S.a r.l. | 16-10400 |
| Paragon Holding NCS 2 S.a r.l. | 16-10401 |
| Paragon Leonard Jones LLC | 16-10402 |
| PGN Offshore Drilling (Malaysia) Sdn. Bhd. | 16-10403 |
| Paragon Offshore (Nederland) B.V. | 16-10404 |
| Paragon Offshore Contracting GmbH | 16-10405 |
| Paragon Offshore (Labuan) Pte. Ltd. | 16-10406 |
| Paragon Holding SCS 2 Ltd. | 16-10407 |
| Paragon Asset Company Ltd. | 16-10408 |
| Paragon Holding SCS 1 Ltd. | 16-10409 |
| Paragon Offshore Leasing (Luxembourg) S.a r.l. | 16-10410 |

**General Notes:**

On February 14, 2016, Paragon Offshore plc (in administration) ("*Paragon*") and its debtor subsidiaries (collectively, the "*Debtors*") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "*Court*"). On May 17, 2017, the board of directors of the Company filed an administration application with the High Court of Justice, Chancery Division, Companies Court of England and Wales (the "*English Court*") for the appointment of Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, as joint administrators of the Company and, on May 23, 2017, Messrs. Kahn and Soden were appointed by the English Court as joint administrators of the Company (the "*Joint Administrator*"). The power to manage the affairs of Paragon is vested in the Joint Administrators. On June 7, 2017, the Court entered an order in the prior cases confirming the Fifth Joint Chapter 11 Plan of Reorganization of Paragon Offshore plc and its affiliated debtors, which became effective on July 18, 2017. On July 20, 2017, Prospector Offshore Dilling S.a r.l. and its debtor subsidiaries, including Paragon, filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

The financial and supplemental information contained herein are preliminary, unaudited, and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP").

**QOR Notes**

**In re Paragon Offshore PLC, et al.**

|  |  |
|---|---|
| Reporting Period: | Case No. 16-10386 (CSS) |
| Federal Tax I.D. # | July 1 - September 30, 2017 |
|  | 98-1146017 |

### Notes to the Quarterly Operating Report

#### General Notes (cont'd):

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial position of the Debtors in the future.

Receivables and payables among the Debtors and between the Debtors and Non-Debtors have not been eliminated from the Balance Sheets contained herein. No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein. As a result, the completeness and accuracy of this information is undetermined.

Certain amounts may appear to be clerically inaccurate as they are presented in thousands and are subject to rounding differences. Certain amounts in prior filings have been reclassified to conform to the current filing presentation.

#### Notes to QOR-1

Cash receipts and disbursements have been assigned to the Debtor entity they relate to rather than the Debtor that received / made the payment. Such movements may therefore not reflect the movement in individual Debtor bank accounts.

The financial information has been derived from the books and records of the Debtors. The power to manage the affairs of Paragon is vested in the Joint Administrators. Cash receipts and disbursements related to Paragon are included for the period from July 1, 2017 to the effective date of July 18, 2017, inclusive of amounts paid at emergence.

The accounts of the Debtors have been reconciled in accordance with the Debtors' ordinary course accounting practices during the reporting period. The disbursements reported in QOR-1 include outstanding checks and any reconciling items.

Non-Debtor Paragon Offshore Services LLC made, among other things, certain payments to the Debtors' professionals and secured lenders approved under prior orders of the Court. All such amounts were reconciled by intercompany payables from the Debtors' accounts to the non-Debtors' accounts.

QOR Notes

**In re Paragon Offshore PLC, et al.**

Case No. 16-10386 (CSS)
Reporting Period: July 1 - September 30, 2017
Federal Tax I.D. # 98-1146017

**Notes to the Quarterly Operating Report**

<u>Notes to QOR-2:</u>

The financial information for Q3 2017 contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments. Certain amounts in prior filings have been reclassified to conform to the current filing presentation.

Accounts Receivable and Accounts Payable may include intercompany balances among the Debtors, and between the Debtors and Non-Debtors. See General Notes regarding elimination of these balances.

The power to manage the affairs of Paragon is vested in the Joint Administrators. The Debtors have no Balance Sheet to report for Paragon Offshore plc (in administration).

QOR-1

In re Paragon Offshore PLC, et al.

Case No. 16-10386 (CSS)
Reporting Period: July 1 - September 30, 2017
Federal Tax I.D. # 98-1146017

## Schedule of Cash Receipts and Disbursements
(000's)

See Notes to the QOR related to QOR-1

| Debtor | Case Number | External Disbursements | Intercompany Disbursements to Non-Debtors | Non Debtor on Behalf of Debtors | Total Disbursements | Cash Receipts |
|---|---|---|---|---|---|---|
| Paragon Offshore Drilling LLC | 16-10385 | $ (1,099) $ | - | $ - | $ (1,099) $ | 3,274 |
| Paragon Offshore plc (in administration) | 16-10386 | (573,824) | - | (8,158) | (581,983) | 46 |
| Paragon Drilling Services 7 LLC | 16-10387 | (881) | - | - | (881) | - |
| Paragon Offshore Finance Company | 16-10388 | - | - | - | - | - |
| Paragon Offshore Leasing (Switzerland) GmbH | 16-10389 | (69) | - | - | (69) | 416 |
| Paragon Offshore do Brasil Ltda. | 16-10390 | (1,000) | - | - | (1,000) | 7 |
| Paragon International Finance Company | 16-10391 | (3,574) | (3,579) | - | (7,153) | 188 |
| Paragon Asset (ME) Ltd. | 16-10392 | (29) | - | - | (29) | - |
| Paragon Offshore Holdings US Inc. | 16-10393 | - | - | - | - | - |
| Paragon Asset (UK) Ltd. | 16-10394 | (2,823) | - | - | (2,823) | 3,248 |
| Paragon FDR Holding Ltd. | 16-10395 | - | - | - | - | - |
| Paragon Offshore International Ltd. | 16-10396 | (7,393) | - | - | (7,393) | 8,290 |
| Paragon Offshore (North Sea) Ltd. | 16-10397 | (927) | - | - | (927) | 655 |
| Paragon Duchess Ltd. | 16-10398 | (61) | - | - | (61) | - |
| Paragon (Middle East) Limited | 16-10399 | (3,968) | - | - | (3,968) | 17,912 |
| Paragon Offshore (Luxembourg) S.a r.l. | 16-10400 | (9) | - | - | (9) | - |
| Paragon Holding NCS 2 S.a r.l. | 16-10401 | - | - | - | - | - |
| Paragon Leonard Jones LLC | 16-10402 | (847) | (0) | - | (847) | 44 |
| PGN Offshore Drilling (Malaysia) Sdn. Bhd. | 16-10403 | (49) | - | - | (49) | - |
| Paragon Offshore (Nederland) B.V. | 16-10404 | (4,732) | (1,558) | - | (6,290) | 162 |
| Paragon Offshore Contracting GmbH | 16-10405 | (512) | (2) | - | (514) | 2,601 |
| Paragon Offshore (Labuan) Pte. Ltd. | 16-10406 | (6) | - | - | (6) | 1 |
| Paragon Holding SCS 2 Ltd. | 16-10407 | - | - | - | - | - |
| Paragon Asset Company Ltd. | 16-10408 | (8,266) | - | - | (8,266) | 249 |
| Paragon Holding SCS 1 Ltd. | 16-10409 | - | - | - | - | - |
| Paragon Offshore Leasing (Luxembourg) S.a r.l. | 16-10410 | (0) | - | - | (0) | - |
| Total | | $ (610,069) $ | (5,138) $ | (8,158) $ | (623,366) $ | 37,093 |

In re Paragon Offshore PLC, et al.                                                                                                    QOR-2

                                                     Case No. 16-10386 (CSS)
                                Reporting Period:   July 1 - September 30, 2017
                                Federal Tax I.D. #               98-1146017

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the QOR related to QOR-2)**
**For Quarter Ending September 30, 2017**

|  | 16-10385 Paragon Offshore Drilling LLC | 16-10387 Paragon Drilling Services 7 LLC |
|---|---:|---:|
| **ASSETS** | | |
| **Current assets** | | |
| Total Cash and Cash Equivalents | $  - | $  - |
| Restricted Cash | - | - |
| Accounts Receivable | 16,525 | 312,584 |
| Prepaid Expenses & Deposits | 57 | (50) |
| Taxes Receivable | - | - |
| Total Other Current Assets | 169,210 | 275 |
| **Total current assets** | 185,793 | 312,809 |
| Restricted cash (Long Term) | - | - |
| Other long-term assets | 558 | - |
| **Long Term Notes & Investments** | 558 | - |
| Gross PPE | 97,549 | 34,967 |
| Accumulated Depreciation | (81,733) | (34,967) |
| **Property and Equipment** | 15,815 | (0) |
|  | - | - |
| **Total assets** | 202,166 | 312,809 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities** | | |
| Current Maturities & Short Term Debt | - | - |
| Accounts Payable | 57,455 | 210,315 |
| Accrued Expenses | 1,012 | 75 |
| Payroll and Benefits Related Accruals | 1,376 | - |
| Taxes Payable | 2,264 | - |
| Interest Payable | - | - |
| Other Current Liabilities | 1,585 | 279 |
| **Total current liabilities** | 63,692 | 210,670 |
| Total Long-Term Debt | - | - |
| Deferred Taxes | (0) | - |
| Other NonCurrent Liabilities | 0 | - |
| Liabilities Subject to Compromise | - | - |
| **Total liabilities** | 63,692 | 210,670 |
| | | |
| **Shareholders' equity** | | |
| **Shareholders' Equity** | | |
| Ordinary Shares | - | - |
| Capital in Excess of par value | 0 | 206,689 |
| Statutory Equity | - | - |
| Retained Earnings | 138,474 | (104,550) |
| Currency translation adjustment | - | - |
| Accumulated other comprehensive income/loss | - | - |
| **Total shareholders' equity** | 138,474 | 102,139 |
| **Total liabilities and shareholders' equity** | 202,166 | 312,809 |

In re Paragon Offshore PLC, et al.                                                                                                                                QOR-2

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the QOR related to QOR-2)**
**For Quarter Ending September 30, 2017**

|  | 16-10388 Paragon Offshore Finance Company | 16-10389 Paragon Offshore Leasing (Switzerland) GmbH | 16-10390 Paragon Offshore do Brasil Ltda. |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current assets** | | | |
| Total Cash and Cash Equivalents | $ - | $ 298 | $ 2,039 |
| Restricted Cash | - | - | - |
| Accounts Receivable | 0 | 161,995 | 207 |
| Prepaid Expenses & Deposits | - | 8 | 775 |
| Taxes Receivable | - | 74 | 9,912 |
| Total Other Current Assets | - | 2,748 | 317 |
| **Total current assets** | 0 | 165,123 | 13,250 |
| Restricted cash (Long Term) | - | - | - |
| Other long-term assets | 1,176,683 | - | (0) |
| **Long Term Notes & Investments** | 1,176,683 | - | (0) |
| Gross PPE | - | 151,830 | 2,717 |
| Accumulated Depreciation | - | (133,046) | (2,711) |
| **Property and Equipment** | - | 18,784 | 7 |
|  | - | - | - |
| **Total assets** | 1,176,683 | 183,907 | 13,257 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Current Maturities & Short Term Debt | - | - | 13,878 |
| Accounts Payable | 265,555 | 158,730 | 100,463 |
| Accrued Expenses | - | 10 | 470 |
| Payroll and Benefits Related Accruals | - | 41 | 903 |
| Taxes Payable | - | 66 | 325 |
| Interest Payable | - | - | 1,104 |
| Other Current Liabilities | 1,001 | - | 3,240 |
| **Total current liabilities** | 266,556 | 158,847 | 120,382 |
| Total Long-Term Debt | - | - | 10,071 |
| Deferred Taxes | - | - | - |
| Other NonCurrent Liabilities | - | - | - |
| Liabilities Subject to Compromise | 0 | - | - |
| **Total liabilities** | 266,556 | 158,847 | 130,453 |
| **Shareholders' equity** | | | |
| **Shareholders' Equity** | | | |
| Ordinary Shares | - | - | (9) |
| Capital in Excess of par value | 3,530,901 | 0 | 5,517 |
| Statutory Equity | - | - | - |
| Retained Earnings | (2,620,773) | 25,060 | (105,066) |
| Currency translation adjustment | - | - | (17,637) |
| Accumulated other comprehensive income/loss | - | - | - |
| **Total shareholders' equity** | 910,127 | 25,060 | (117,196) |
| **Total liabilities and shareholders' equity** | 1,176,683 | 183,907 | 13,257 |

In re Paragon Offshore PLC, et al.                                                                                                              QOR-2

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the QOR related to QOR-2)**
**For Quarter Ending September 30, 2017**

|  | 16-10391 Paragon International Finance Company | 16-10392 Paragon Asset (ME) Ltd. | 16-10393 Paragon Offshore Holdings US Inc. |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current assets** | | | |
| Total Cash and Cash Equivalents | $ 149,721 | $ - | $ - |
| Restricted Cash | 27,309 | - | - |
| Accounts Receivable | 2,243,922 | 68,173 | 161,365 |
| Prepaid Expenses & Deposits | (9) | - | - |
| Taxes Receivable | 7 | - | 4,175 |
| Total Other Current Assets | 20,987 | 0 | - |
| **Total current assets** | 2,441,937 | 68,173 | 165,540 |
| Restricted cash (Long Term) | - | - | - |
| Other long-term assets | 61,768 | 50 | 0 |
| **Long Term Notes & Investments** | 61,768 | 50 | 0 |
| Gross PPE | (1,762,221) | - | - |
| Accumulated Depreciation | 1,540,390 | - | - |
| **Property and Equipment** | (221,831) | - | - |
|  | | | |
| **Total assets** | 2,281,875 | 68,223 | 165,540 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Current Maturities & Short Term Debt | 13,878 | - | - |
| Accounts Payable | 3,278,783 | 207 | 15,632 |
| Accrued Expenses | 22,381 | - | - |
| Payroll and Benefits Related Accruals | - | - | - |
| Taxes Payable | - | - | 22 |
| Interest Payable | 1,053 | - | - |
| Other Current Liabilities | 77 | - | - |
| **Total current liabilities** | 3,316,172 | 207 | 15,654 |
| Total Long-Term Debt | 7,959 | - | - |
| Deferred Taxes | - | - | 0 |
| Other NonCurrent Liabilities | 7,371 | - | - |
| Liabilities Subject to Compromise | - | - | - |
| **Total liabilities** | 3,331,502 | 207 | 15,654 |
| **Shareholders' equity** | | | |
| **Shareholders' Equity** | | | |
| Ordinary Shares | - | - | - |
| Capital in Excess of par value | 0 | 0 | 0 |
| Statutory Equity | - | - | - |
| Retained Earnings | (1,049,627) | 68,016 | 149,886 |
| Currency translation adjustment | - | - | - |
| Accumulated other comprehensive income/loss | - | - | - |
| **Total shareholders' equity** | (1,049,627) | 68,016 | 149,886 |
| **Total liabilities and shareholders' equity** | 2,281,875 | 68,223 | 165,540 |

In re Paragon Offshore PLC, et al.                                                                                                                          QOR-2

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the QOR related to QOR-2)**
**For Quarter Ending September 30, 2017**

|  | 16-10394 | 16-10395 | 16-10396 |
|---|---|---|---|
|  | Paragon Asset (UK) Ltd. | Paragon FDR Holding Ltd. | Paragon Offshore International Ltd. |
| **ASSETS** | | | |
| **Current assets** | | | |
| Total Cash and Cash Equivalents | $        - | $        - | $       333 |
| Restricted Cash | - | - | - |
| Accounts Receivable | 179,915 | 411,637 | 1,040,196 |
| Prepaid Expenses & Deposits | - | - | 1,401 |
| Taxes Receivable | 136 | - | 529 |
| Total Other Current Assets | - | 20,022 | 13,322 |
| **Total current assets** | 180,051 | 431,659 | 1,055,782 |
| Restricted cash (Long Term) | - | - | - |
| Other long-term assets | - | 410,651 | 750 |
| **Long Term Notes & Investments** | - | 410,651 | 750 |
| Gross PPE | - | - | 21,629 |
| Accumulated Depreciation | - | - | (13,864) |
| **Property and Equipment** | - | - | 7,766 |
|  | - | - | - |
| **Total assets** | 180,051 | 842,310 | 1,064,297 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Current Maturities & Short Term Debt | - | - | - |
| Accounts Payable | 166,291 | 2,512 | 951,276 |
| Accrued Expenses | 505 | - | 2,233 |
| Payroll and Benefits Related Accruals | 116 | - | 9,046 |
| Taxes Payable | 0 | - | 2,070 |
| Interest Payable | - | - | - |
| Other Current Liabilities | 13 | - | 0 |
| **Total current liabilities** | 166,925 | 2,512 | 964,625 |
| Total Long-Term Debt | - | - | - |
| Deferred Taxes | - | - | - |
| Other NonCurrent Liabilities | - | - | - |
| Liabilities Subject to Compromise | - | - | - |
| **Total liabilities** | 166,925 | 2,512 | 964,625 |
| | | | |
| Shareholders' equity | | | |
| Shareholders' Equity | | | |
| Ordinary Shares | - | - | - |
| Capital in Excess of par value | 0 | 829,425 | 0 |
| Statutory Equity | - | - | - |
| Retained Earnings | 13,127 | 10,373 | 99,672 |
| Currency translation adjustment | - | - | - |
| Accumulated other comprehensive income/loss | - | - | - |
| **Total shareholders' equity** | 13,127 | 839,798 | 99,672 |
| **Total liabilities and shareholders' equity** | 180,051 | 842,310 | 1,064,297 |

In re Paragon Offshore PLC, et al.     QOR-2

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the QOR related to QOR-2)**
For Quarter Ending September 30, 2017

| | 16-10397<br>Paragon Offshore<br>(North Sea) Ltd. | 16-10398<br>Paragon Duchess Ltd. | 16-10399<br>Paragon (Middle<br>East) Limited |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current assets** | | | |
| Total Cash and Cash Equivalents | $ - | $ - | $ - |
| Restricted Cash | - | - | - |
| Accounts Receivable | 244,808 | 103 | 399,709 |
| Prepaid Expenses & Deposits | 131 | - | 10 |
| Taxes Receivable | 163 | 135 | - |
| Total Other Current Assets | - | 45 | (2,760) |
| **Total current assets** | 245,101 | 283 | 396,958 |
| Restricted cash (Long Term) | - | - | - |
| Other long-term assets | - | (47,110) | 1,962 |
| **Long Term Notes & Investments** | - | (47,110) | 1,962 |
| Gross PPE | 12 | - | 477,339 |
| Accumulated Depreciation | (1) | - | (401,530) |
| **Property and Equipment** | 12 | - | 75,810 |
| | - | - | - |
| **Total assets** | 245,113 | (46,827) | 474,731 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Current Maturities & Short Term Debt | - | - | - |
| Accounts Payable | 216,757 | 186 | 63,081 |
| Accrued Expenses | 14 | 134 | 1,328 |
| Payroll and Benefits Related Accruals | - | - | 4,660 |
| Taxes Payable | (58) | - | 610 |
| Interest Payable | - | - | - |
| Other Current Liabilities | - | 6,382 | 459 |
| **Total current liabilities** | 216,713 | 6,702 | 70,138 |
| Total Long-Term Debt | - | - | - |
| Deferred Taxes | - | - | - |
| Other NonCurrent Liabilities | - | - | - |
| Liabilities Subject to Compromise | - | - | - |
| **Total liabilities** | 216,713 | 6,702 | 70,138 |
| | | | |
| **Shareholders' equity** | | | |
| **Shareholders' Equity** | | | |
| Ordinary Shares | - | - | - |
| Capital in Excess of par value | 0 | 37,044 | 0 |
| Statutory Equity | - | - | - |
| Retained Earnings | 28,400 | (90,573) | 404,592 |
| Currency translation adjustment | - | - | - |
| Accumulated other comprehensive income/loss | - | - | - |
| **Total shareholders' equity** | 28,400 | (53,529) | 404,592 |
| **Total liabilities and shareholders' equity** | 245,113 | (46,827) | 474,731 |

Case 16-10386-JKS    Doc 1980    Filed 10/31/17    Page 11 of 14

In re Paragon Offshore PLC, et al.                                                                                                  QOR-2

**Unaudited Balance Sheet**
**(000's)**
(See Notes to the QOR related to QOR-2)
**For Quarter Ending September 30, 2017**

| | 16-10400 | 16-10401 | 16-10402 |
|---|---|---|---|
| | Paragon Offshore (Luxembourg) S.a r.l. | Paragon Holding NCS 2 S.a r.l. | Paragon Leonard Jones LLC |
| **ASSETS** | | | |
| **Current assets** | | | |
| Total Cash and Cash Equivalents | $ - | $ - | $ (51) |
| Restricted Cash | - | - | - |
| Accounts Receivable | 1,626 | 53,666 | 80,893 |
| Prepaid Expenses & Deposits | - | - | 3 |
| Taxes Receivable | 29 | 13 | 214 |
| Total Other Current Assets | - | 11 | 31 |
| **Total current assets** | 1,655 | 53,691 | 81,090 |
| Restricted cash (Long Term) | - | - | - |
| Other long-term assets | (1,506) | 30,314 | 48,411 |
| **Long Term Notes & Investments** | (1,506) | 30,314 | 48,411 |
| Gross PPE | - | - | - |
| Accumulated Depreciation | - | - | - |
| **Property and Equipment** | - | - | - |
| | | | |
| **Total assets** | 149 | 84,005 | 129,501 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Current Maturities & Short Term Debt | - | - | - |
| Accounts Payable | 4 | 60,999 | 44,721 |
| Accrued Expenses | 39 | 71 | 259 |
| Payroll and Benefits Related Accruals | - | - | - |
| Taxes Payable | 3 | 21 | 1,309 |
| Interest Payable | - | 9,630 | - |
| Other Current Liabilities | 9 | - | 254 |
| **Total current liabilities** | 55 | 70,720 | 46,543 |
| Total Long-Term Debt | - | - | - |
| Deferred Taxes | - | - | 0 |
| Other NonCurrent Liabilities | - | - | - |
| Liabilities Subject to Compromise | - | - | - |
| **Total liabilities** | 55 | 70,720 | 46,543 |
| | | | |
| **Shareholders' equity** | | | |
| **Shareholders' Equity** | | | |
| Ordinary Shares | - | - | - |
| Capital in Excess of par value | 373,633 | 96,279 | 136,179 |
| Statutory Equity | - | - | - |
| Retained Earnings | (373,539) | (82,995) | (53,221) |
| Currency translation adjustment | - | - | - |
| Accumulated other comprehensive income/loss | - | - | - |
| **Total shareholders' equity** | 94 | 13,284 | 82,958 |
| **Total liabilities and shareholders' equity** | 149 | 84,005 | 129,501 |

In re Paragon Offshore PLC, et al.                                                                                          QOR-2

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the QOR related to QOR-2)**
**For Quarter Ending September 30, 2017**

| | 16-10403 | 16-10404 | 16-10405 |
|---|---|---|---|
| | PGN Offshore Drilling (Malaysia) Sdn. Bhd. | Paragon Offshore (Nederland) B.V. | Paragon Offshore Contracting GmbH |
| **ASSETS** | | | |
| **Current assets** | | | |
| Total Cash and Cash Equivalents | $ 147 | $ 1,594 | $ 270 |
| Restricted Cash | - | - | - |
| Accounts Receivable | 4,053 | 438,054 | 278,715 |
| Prepaid Expenses & Deposits | - | 845 | 24 |
| Taxes Receivable | 1 | 867 | 208 |
| Total Other Current Assets | 199 | 14,934 | (1,918) |
| **Total current assets** | 4,400 | 456,294 | 277,298 |
| Restricted cash (Long Term) | - | - | - |
| Other long-term assets | 33,653 | 9,532 | 82,097 |
| **Long Term Notes & Investments** | 33,653 | 9,532 | 82,097 |
| Gross PPE | - | - | 1,897 |
| Accumulated Depreciation | - | 0 | (1,215) |
| **Property and Equipment** | - | 0 | 682 |
| | - | - | - |
| **Total assets** | 38,053 | 465,826 | 360,077 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Current Maturities & Short Term Debt | - | - | - |
| Accounts Payable | 65,979 | 263,582 | 36,443 |
| Accrued Expenses | 48 | 4,478 | 249 |
| Payroll and Benefits Related Accruals | - | 1,696 | - |
| Taxes Payable | 31 | 66 | 2,069 |
| Interest Payable | - | - | - |
| Other Current Liabilities | 0 | 1 | 172,497 |
| **Total current liabilities** | 66,058 | 269,824 | 211,258 |
| Total Long-Term Debt | - | - | - |
| Deferred Taxes | - | 264 | - |
| Other NonCurrent Liabilities | - | 0 | - |
| Liabilities Subject to Compromise | - | - | - |
| **Total liabilities** | 66,058 | 270,088 | 211,258 |
| | | | |
| **Shareholders' equity** | | | |
| **Shareholders' Equity** | | | |
| Ordinary Shares | - | - | 14 |
| Capital in Excess of par value | (47,620) | 0 | 60,000 |
| Statutory Equity | - | - | - |
| Retained Earnings | 19,615 | 195,737 | 88,719 |
| Currency translation adjustment | - | 1 | 86 |
| Accumulated other comprehensive income/loss | - | - | - |
| **Total shareholders' equity** | (28,005) | 195,738 | 148,819 |
| **Total liabilities and shareholders' equity** | 38,053 | 465,826 | 360,077 |

In re Paragon Offshore PLC, et al.                                                                                                              QOR-2

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the QOR related to QOR-2)**
**For Quarter Ending September 30, 2017**

|  | 16-10406 | 16-10407 | 16-10408 |
|---|---|---|---|
|  | Paragon Offshore (Labuan) Pte. Ltd. | Paragon Holding SCS 2 Ltd. | Paragon Asset Company Ltd. |
| **ASSETS** | | | |
| **Current assets** | | | |
| Total Cash and Cash Equivalents | $ 30 | $ - | $ - |
| Restricted Cash | - | - | - |
| Accounts Receivable | 37 | 589,757 | 948,883 |
| Prepaid Expenses & Deposits | 3 | - | - |
| Taxes Receivable | - | - | - |
| Total Other Current Assets | - | 24,312 | 5,392 |
| **Total current assets** | 71 | 614,070 | 954,275 |
| Restricted cash (Long Term) | - | - | - |
| Other long-term assets | - | 1,836,211 | 1,424 |
| **Long Term Notes & Investments** | - | 1,836,211 | 1,424 |
| Gross PPE | - | - | 997,827 |
| Accumulated Depreciation | - | - | (870,964) |
| **Property and Equipment** | - | - | 126,863 |
| **Total assets** | 71 | 2,450,280 | 1,082,562 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Current Maturities & Short Term Debt | - | 61,747 | - |
| Accounts Payable | 39 | 2,616,028 | 631,210 |
| Accrued Expenses | 11 | - | 2,123 |
| Payroll and Benefits Related Accruals | 0 | - | 782 |
| Taxes Payable | (3) | 815 | - |
| Interest Payable | - | 2,578 | 52 |
| Other Current Liabilities | - | - | 1,098 |
| **Total current liabilities** | 47 | 2,681,168 | 635,265 |
| Total Long-Term Debt | - | 99,460 | 300 |
| Deferred Taxes | - | - | - |
| Other NonCurrent Liabilities | - | 12,067 | - |
| Liabilities Subject to Compromise | - | - | - |
| **Total liabilities** | 47 | 2,792,695 | 635,565 |
| **Shareholders' equity** | | | |
| **Shareholders' Equity** | | | |
| Ordinary Shares | - | - | - |
| Capital in Excess of par value | 510 | (275,319) | 0 |
| Statutory Equity | - | - | - |
| Retained Earnings | (486) | (67,096) | 446,996 |
| Currency translation adjustment | - | - | - |
| Accumulated other comprehensive income/loss | - | - | - |
| **Total shareholders' equity** | 24 | (342,415) | 446,996 |
| **Total liabilities and shareholders' equity** | 71 | 2,450,280 | 1,082,562 |

Case 16-10386-JKS   Doc 1980   Filed 10/31/17   Page 14 of 14

In re Paragon Offshore PLC, et al.                                                                                                              QOR-2

**Unaudited Balance Sheet**
**(000's)**
(See Notes to the QOR related to QOR-2)
For Quarter Ending September 30, 2017

| | 16-10409 | 16-10410 |
|---|---|---|
| | Paragon Holding SCS 1 Ltd. | Paragon Offshore Leasing (Luxembourg) S.a r.l. |
| **ASSETS** | | |
| **Current assets** | | |
| Total Cash and Cash Equivalents | $ - | $ 1,168 |
| Restricted Cash | - | - |
| Accounts Receivable | 120,112 | 119,446 |
| Prepaid Expenses & Deposits | - | - |
| Taxes Receivable | - | 38 |
| Total Other Current Assets | 124,883 | (123) |
| **Total current assets** | 244,996 | 120,528 |
| Restricted cash (Long Term) | - | - |
| Other long-term assets | 1,230,952 | - |
| **Long Term Notes & Investments** | 1,230,952 | - |
| Gross PPE | - | - |
| Accumulated Depreciation | - | - |
| **Property and Equipment** | - | - |
| **Total assets** | 1,475,948 | 120,528 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities** | | |
| Current Maturities & Short Term Debt | - | - |
| Accounts Payable | (218) | 30,897 |
| Accrued Expenses | - | 209 |
| Payroll and Benefits Related Accruals | - | - |
| Taxes Payable | - | (1) |
| Interest Payable | - | 84,949 |
| Other Current Liabilities | - | 47 |
| **Total current liabilities** | (218) | 116,100 |
| Total Long-Term Debt | - | - |
| Deferred Taxes | - | - |
| Other NonCurrent Liabilities | - | - |
| Liabilities Subject to Compromise | - | - |
| **Total liabilities** | (218) | 116,100 |
| Shareholders' equity | | |
| Shareholders' Equity | | |
| Ordinary Shares | 9 | - |
| Capital in Excess of par value | 1,328,638 | 1,519,680 |
| Statutory Equity | - | - |
| Retained Earnings | 147,518 | (1,515,252) |
| Currency translation adjustment | - | - |
| Accumulated other comprehensive income/loss | - | - |
| **Total shareholders' equity** | 1,476,166 | 4,428 |
| **Total liabilities and shareholders' equity** | 1,475,948 | 120,528 |