UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                      :

| | |
|---|---|
| In re | Chapter 11 |
| PARAGON OFFSHORE PLC | Case No. 16–10386 (CSS) |
| Debtor.[1] | Hearing Date: January 30, 2018 at 10:00 a.m. (ET)<br>Objection Deadline: January 23, 2018 at 4:00 p.m. (ET) |

------------------------------------------------------------ x

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on January 11, 2018, Paragon Offshore plc ("**Paragon Parent**" and the "**Debtor**") filed the *Debtor's Motion for Sanctions Against Michael R. Hammersley* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **January 23, 2018 at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, at the

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042.  Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**").  The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **January 30, 2018 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 11, 2018
       Wilmington, Delaware

           */s/ Mark D. Collins*
           RICHARDS, LAYTON & FINGER, P.A.
           Mark D. Collins (No. 2981)
           Paul N. Heath (No. 3704)
           Amanda R. Steele (No. 5530)
           Joseph C. Barsalona II (No. 6102)
           One Rodney Square
           920 North King Street
           Wilmington, Delaware  19801
           Telephone:  (302) 651-7700
           Facsimile:   (302) 651-7701

           -and-

           WEIL, GOTSHAL & MANGES LLP
           Gary T. Holtzer (admitted *pro hac vice*)
           Stephen A. Youngman (admitted *pro hac vice*)
           Alfredo R. Pérez (admitted *pro hac vice*)
           767 Fifth Avenue
           New York, New York  10153
           Telephone:  (212) 310-8000
           Facsimile:   (212) 310-8007

           *Attorneys for the Debtor*