**<u>Exhibit A</u>**

**Proposed Order**

RLF1 18746195V.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                            :

In re                                                 :           Chapter 11
                                                            :
**PARAGON OFFSHORE PLC**      :           Case No. 16–10386 (CSS)
                                                            :
               Debtor.[1]                      :           Re: Docket No. __
                                                            :
------------------------------------------------------------ x

## ORDER GRANTING MOTION FOR SANCTIONS
## AGAINST MICHAEL R. HAMMERSLEY

This matter having come before the Court upon the *Debtors' Motion for Sanctions Against Michael R. Hammersley* (the "**Motion**");[2] and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtor, its creditors and other parties in interest; and after due deliberation thereon; and good and adequate cause appearing therefor;

IT IS HEREBY ORDERED THAT:

        1.      The Motion is granted.

        2.      Except with respect to an appeal of this Order, Mr. Hammersley is hereby enjoined from filing any complaint, motion, objection, pleading, or notice of appeal in the above captioned case or the Prospector Cases without first having applied to the Court to obtain, and

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2

without having obtained, express permission to file any such complaint, motion, objection, pleading, or notice of appeal.

3. Except with respect to an appeal of this Order, unless the filing has been authorized by an Order of the Court, no complaint, motion, objection, pleading, or notice of appeal filed by Mr. Hammersley in the above captioned case or the Prospector Cases shall have any force and effect.

4. Except with respect to an appeal of this Order, the Clerk of the Court is hereby directed to take no action with respect to any complaint, motion, objection, pleading, or notice of appeal filed by Mr. Hammersley in the above captioned case or the Prospector Cases unless authorized to do so by an Order of the Court.

5. The Clerk of the Court is hereby directed to enter a copy of this Order on the docket in *Prospector Offshore Drilling S.à r.l., et al.,* Case No. 17-11572 (CSS).

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2018
      Wilmington, Delaware

                                                THE HONORABLE CHRISTOPHER SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE