# Exhibit B

**List of Mr. Hammersley's Objections to Treatment under the Plan and Related Documents Arguing Similar Content in Paragon and Prospector Cases**

**List of Mr. Hammersley's Objections to Treatment under the Plan and Related Documents Arguing Similar Content in Paragon and Prospector Cases**

1. *Request of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc for the Appointment of an Official Equity Committee* (Mar. 9, 2017) (Paragon D.I. 1223) and *Omnibus Reply of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc to the Objections Regarding the Entry of an Order Appointing an Official Equity Committee and Proposed Order for the Appointment of an Official Equity Committee* (Mar. 24, 2017) (Paragon D.I. 1285). Request denied by the Bankruptcy Court in *Order Denying Request of Unofficial Equity Committee to Appoint an Official Equity Committee* (Mar. 28, 2017) [Paragon Docket No. 1297].

2. *Objection of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc to the Debtors' Fifth Motion for Entry of an Order Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code* (Apr. 17, 2017) (Paragon D.I. 1358). Objection voluntarily withdrawn on April 17, 2017 [Paragon Docket No. 1420].

3. *Reply of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc in Support of their Proof of Claim Nos. 422 through 447 and in Response to the Objection filed by the Debtors* (May, 11, 2017) [Paragon Docket No. 1491]. Unofficial Equity Committee's proofs of claim invalidated by Bankruptcy Court in *Order Sustaining Debtors' Objection to Unofficial Equity Committee's Proofs of Claim Nos. 422 through 447 Pursuant to Section 510(b) of the Bankruptcy Code* (May 30, 2017) [Paragon Docket No. 1552].

4. *Objection of the Unofficial Equity Committee to Confirmation of the Fifth Joint Chapter 11 Plan of Paragon Offshore plc and Its Affiliated Debtors* (May 31, 2017) [Paragon Docket No. 1564] and *Reply of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc in Support of their Objection to Confirmation of the Fifth Joint Chapter 11 Plan of Paragon Offshore plc and Its Affiliated Debtors* (June 5, 2017) [Paragon Docket No. 1595]. Objection overruled by the Bankruptcy Court in the *Findings of Fact, Conclusions of Law and Order Confirmation the Fifth Joint Chapter 11 Plan of Paragon Offshore and Its Affiliated Debtors* (June 7, 2017) [Paragon Docket No. 1614]. Appeal to the Bankruptcy Court's confirmation order voluntarily dismissed on July 18, 2017 [Paragon Docket No. 1787].

5. *Motion for Stay of Order Confirming the Fifth Joint Chapter 11 Plan of Paragon Offshore plc and Its Affiliated Debtors Pending Appeal* (June 27, 2017) [Paragon Docket No. 1712]. Denied by the Bankruptcy Court in its *Order Denying the Motion for Stay of Order Confirming the Fifth Joint Chapter 11 Plan of Paragon Offshore plc and Its Affiliated Debtors Pending Appeal* (July 5, 2017) [Paragon Docket No. 1736]. The Unofficial Equity Committee immediately appealed this decision to the United States District Court for the District of Delaware in its *Emergency Motion for Stay of Order Confirming the Fifth Joint Chapter 11 Plan of Paragon Offshore plc and Its Affiliated Debtors Pending Appeal* (July 5, 2017) [Docket No. 6]. The District Court denied this emergency motion only two days later, on July 7, 2017 [Docket No. 9].

6. *Limited Objection of the Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc to the Motion of New Debtors for (I) Interim and Final Authority to (A) Continue Existing Cash Management System, (B) Maintain Business Forms and Existing Bank Accounts, and (C) Continue Intercompany Arrangements; (II) Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Related Relief* (August 16, 2017) [Prospector Docket No. 58]. Objection voluntarily withdrawn on August 22, 2017 [Prospector Docket No. 78].

7. *Motion of Michael R. Hammersley for the Appointment of an Official Equity Committee* (October 17, 2017) [Prospector D.I. 157] and *Reply of Michael R. Hammersley to the Debtors' Objection to the Motion of Michael R. Hammersley for the Appointment of an Official Equity Committee* (November 27, 2017) [Prospector Docket No. 234]. Motion denied by the Bankruptcy Court following a hearing on November 30, 2017 [Prospector Docket No. 242].

8. *Motion of Michael R. Hammersley to Revoke the Order (I) Authorizing Modification of the Debtors' Fifth Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code Pursuant to Section 1127(b) of the Bankruptcy Code and (II) Determining that Further Disclosure and Resolicitation of Votes Are Not Required Pursuant to Section 1127(c) of the Bankruptcy Code* (December 4, 2017) [Paragon Docket No. 2000], the related *Supplement to the Motion of Michael R. Hammersley to Revoke the Order (I) Authorizing Modification of the Debtors' Fifth Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Pursuant to Section 1127 (b) of the Bankruptcy Code and (II) Determining that Further Disclosure and Solicitation of Votes are Not Required Pursuant to Section 1127(c) of the Bankruptcy Code* (December 20, 2017) [Paragon Docket No. 2021], and the *Reply of Michael R. Hammersley to the Debtors' Objection to the Motion of Michael R. Hammersley to Revoke the Modification Order* (January 9, 2018) [Paragon Docket No. 2039]. Motion denied by the Bankruptcy Court following a hearing on January 10, 2018 [Paragon Docket No. 2047].