# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-10386 (CSS) |

## AFFIDAVIT OF SERVICE

I, Alvaro Salas, Jr., depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On January 12, 2018, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- Order Denying Motion of Michael R. Hammersley to Revoke the Order (I) Authorizing Modification of the Debtors' Fifth Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Pursuant to Section 1127(b) of the Bankruptcy Code and (II) Determining That Further Disclosure and Resolicitation of Votes Are Not Required Pursuant to Section 1127(c) of the Bankruptcy Code [Docket No. 2047].

Dated: January 17, 2018

/s/ Alvaro Salas, Jr.
Alvaro Salas, Jr.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of January, 2018, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

---

[1] The debtor in this case, along with the last four digits of each debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

# Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Email

| DESCRIPTION | Company | Contact | Email |
|---|---|---|---|
| Counsel to Cortland Capital Market Services L.L.C. as successor in interest to JP Morgan Chase Bank, N.A. as administrative agent under the Senior Secured Loan Agreement, dated as of July 18, 2014 | Arnold & Porter Kaye Scholer LLP | Mark F. Liscio, Scott D. Talmadge, Madlyn Gleich Primoff & Benjamin Mintz | scott.talmadge@apks.com; benjamin.mintz@apks.com |
| Attorneys for SAP America, Inc. | Brown & Connery, LLP | Attn Donald K. Ludman | dludman@brownconnery.com |
| Attorneys for Oracle America, Inc. | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson and Christine McIntire | schristianson@buchalter.com; cmcintire@buchalter.com |
| Attorneys for Aspen American Insurance Company & Aspen Insurance UK Limited | Chiesa Shahinian & Giantomasi PC | Beth J. Rotenberg | brotenberg@csglaw.com |
| Attorneys for Aspen American Insurance Company & Aspen Insurance UK Limited | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber | szuber@csglaw.com |
| Counsel for DC Capital Advisors, Ltd. & to Michael Hammersley and Marcel de Groot | Cozen O'Connor | Mark E. Felger | mfelger@cozen.com |
| Counsel to Michael Hammersley and Marcel de Groot | Cozen O'Connor | Simon E. Fraser | sfraser@cozen.com |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Attorneys for Claimant | Fort Bend Independent School District and Alief Independent School District | c/o Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Cortland Capital Market Services LLC, as administrative agent under the Senior Secured Term Loan Agreement, dated as of July 18, 2014 | Freshfields Bruckhaus Deringer | Attn Mark F. Liscio, Esq. and Scott D. Talmadge, Esq. | mark.liscio@freshfields.com; scott.talmadge@freshfields.com |
| Counsel for CyrusOne LLC | Glenn Rogers PLLC | Marvin E. Sprouse III | msprouse@glennrogerslaw.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Interested Party | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Attorneys for GPI Briarpark Green, LP | Jackson Walker L.L.P. | Monica S. Blacker | mblacker@jw.com |
| Special Counsel to the Committee | Jones Day | Bruce Bennett, Sidney P. Levinson & James O. Johnston | bbennett@jonesday.com; slevinson@jonesday.com; jjohnston@jonesday.com |
| Special Counsel to the Committee | Jones Day | Geoffrey S. Stewart | gstewart@jonesday.com |
| Special Counsel to the Committee | Jones Day | Jennifer L. Del Medico & Genna L. Ghaul | jdelmedico@jonesday.com; gghaul@jonesday.com |
| Counsel to Michael Hammersley and Marcel de Groot | Katten Muchin Rosenman LLP | Jerry L. Hall | jerry.hall@kattenlaw.com |
| Counsel for DC Capital Advisors, Ltd. & to Michael Hammersley and Marcel de Groot | Katten Muchin Rosenman LLP | Karen B. Dine & Jerry Hall | karen.dine@kattenlaw.com; jerry.hall@kattenlaw.com |
| Counsel to Michael Hammersley and Marcel de Groot | Katten Muchin Rosenman LLP | Rebecca Kinburn | rebecca.kinburn@kattenlaw.com |
| Counsel for Travis County | Kay D. Brock | Assistant County Attorney | kay.brock@traviscountytx.gov |
| Counsel to JPMorgan Chase Bank, N.A., as (a) Administrative Agent under the Senior Secured Revolving Credit Agreement dated 6/17/14 (Revolver Agent) and (b) Collateral Agent under the Guaranty and Collateral Agreement dated 7/18/14 (Collateral Agent) | Landis Rath & Cobb LLP | Adam G. Landis, Keri K. Mumford, Kimberly A. Brown & Travis J. Ferguson | landis@lrclaw.com; mumford@lrclaw.com; brown@lrclaw.com; ferguson@lrclaw.com |
| Counsel for Cypress-Fairbanks ISD, Fort Bend County and Harris County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | houston_bankruptcy@publicans.com |
| Attorney for Water Quality Insurance Syndicate | Montgomery Barnett, LLP | Stephen L. Williamson & Michael E. Landis | swilliamson@monbar.com; mlandis@monbar.com |
| Attorneys for Deutsche Bank Trust Company Americas | Morgan, Lewis & Bockius LLP | Crystal R. Axelrod | caxelrod@morganlewis.com |
| Attorneys for Deutsche Bank Trust Company Americas | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Joshua Dorchak & James O Moore | glenn.siegel@morganlewis.com; joshua.dorchak@morganlewis.com; james.moore@morganlewis.com |
| Attorneys for Deutsche Bank Trust Company Americas | Morgan, Lewis & Bockius LLP | Jody C. Barillare | jbarillare@morganlewis.com |
| DE AG Office | Office of the Attorney General | Matthew Denn | attorney.general@state.de.us |
| US Trustee for the District of Delaware | Office of the United States Trustee Delaware | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Brian S. Hermann, Samuel E. Lovett, Oksana Lashko & Kellie A. Cairns | arosenberg@paulweiss.com; bhermann@paulweiss.com; slovett@paulweiss.com; olashko@paulweiss.com; kcairns@paulweiss.com |
| Counsel to Cortland Capital Market Services L.L.C. as successor in interest to JP Morgan Chase Bank, N.A. as administrative agent under the Senior Secured Loan Agreement, dated as of July 18, 2014 | Potter Anderson & Corroon LLP | Jeremy W. Ryan, John A. Sensing, R. Stephen McNeill & D. Ryan Slaugh | jryan@potteranderson.com; jsensing@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Interested Party | Riverside Claims LLC | | notice@regencap.com |
| Attorneys for Moody's Investors Service, Inc. | Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte & Pamela A. Bosswick | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel to JPMorgan Chase Bank, N.A., as (a) Administrative Agent under the Senior Secured Revolving Credit Agreement dated 6/17/14 (Revolver Agent) and (b) Collateral Agent under the Guaranty and Collateral Agreement dated 7/18/14 (Collateral Agent) | Simpson Thacher & Bartlett LLP | Mary Beth Forshaw, Bryce L. Friedman, Sandeep Qusba, Kathrine A. Mclendon, Nicholas Baker, Megan A. Tweed & Leah E. Barnes | mforshaw@stblaw.com; bfriedman@stblaw.com; squsba@stblaw.com; kmclendon@stblaw.com; nbaker@stblaw.com; megan.tweed@stblaw.com; leah.barnes@stblaw.com |
| Counsel for Noble Corporation plc | Skadden, Arps, Slate, Meagher & Flom LLP | Jay M. Goffman & Shana A. Elberg | jay.goffman@skadden.com; shana.elberg@skadden.com |
| Counsel for Noble Corporation plc | Skadden, Arps, Slate, Meagher & Flom LLP | Stephen J. Della Penna | stephen.dellapenna@skadden.com |
| Interested Party | Sodexo, Inc. | c/o Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| Attorneys for Aspen American Insurance Company & Aspen Insurance UK Limited | Whiteford Taylor & Preston LLC | Thomas J. Francella, Jr. | tfrancella@wtplaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Joel A. Waite, Jaime Luton Chapman & Elizabeth S. Justison | pmorgan@ycst.com; jwaite@ycst.com; jchapman@ycst.com; ejustison@ycst.com |

# Exhibit B

**Exhibit B**
Served via Email

| CreditorName | Email |
|---|---|
| Michael R. Hammersley | investors@paragonoffshoreshareholders.com; michael@brightleafadv.com |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class

| Description | Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Nationstar Mortgage, LLC | Aldridge Pite, LLP | Christopher M. McDermott | 4375 Jutland Drive, Suite 200 | PO Box 17933 | San Diego | CA | 92177-0933 |
| Official Committee of Unsecured Creditors | Angelo Gordon & Co., LP | Attn Gavin Baiera | 245 Park Avenue | | New York | NY | 10167 |
| Counsel to Cortland Capital Market Services L.L.C. as successor in interest to JP Morgan Chase Bank, N.A. as administrative agent under the Senior Secured Loan Agreement, dated as of July 18, 2014 | Arnold & Porter Kaye Scholer LLP | Mark F. Liscio, Scott D. Talmadge, Madlyn Gleich Primoff & Benjamin Mintz | 250 West 55th Street | | New York | NY | 10019-9710 |
| Official Committee of Unsecured Creditors | Arosa Capital Management, L.P. | Attn Jonathan Feiler | 120 West 45th St | Suite 3700 | New York | NY | 10036 |
| Attorneys for SAP America, Inc. | Brown & Connery, LLP | Attn Donald K. Ludman | 6 North Broad St, Suite 100 | | Woodbury | NJ | 08096 |
| Attorneys for Oracle America, Inc. | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson and Christine McIntire | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 |
| Counsel for DC Capital Advisors, Ltd. & to Michael Hammersley and Marcel de Groot | Cozen O'Connor | Mark E. Felger | 1201 N. Market St | Suite 1001 | Wilmington | DE | 19801 |
| Counsel to Michael Hammersley and Marcel de Groot | Cozen O'Connor | Simon E. Fraser | 1201 North Market St | Suite 1001 | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd Suite 100 | | Dover | DE | 19904 |
| Counsel to Cortland Capital Market Services LLC, as administrative agent under the Senior Secured Term Loan Agreement, dated as of July 18, 2014 | Freshfields Bruckhaus Deringer | Attn Mark F. Liscio, Esq. and Scott D. Talmadge, Esq. | 601 Lexington Avenue, 31st Floor | | New York | NY | 10022 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Interested Party | Iron Mountain Information Management, LLC | Joseph Corrigan | One Federal St | | Boston | MA | 02110 |
| Special Counsel to the Committee | Jones Day | Bruce Bennett, Sidney P. Levinson & James O. Johnston | 555 South Flower Street, 50th Floor | | Los Angeles | CA | 90071 |
| Special Counsel to the Committee | Jones Day | Geoffrey S. Stewart | 51 Louisiana Avenue, N.W. | | Washington | DC | 20001 |
| Special Counsel to the Committee | Jones Day | Jennifer L. Del Medico & Genna L. Ghaul | 250 Vesey Street | | New York | NY | 10281 |
| Counsel to Michael Hammersley and Marcel de Groot | Katten Muchin Rosenman LLP | Jerry L. Hall | 2900 K Street NW | North Tower, Suite 200 | Washington | DC | 20007-5118 |
| Counsel for DC Capital Advisors, Ltd. & to Michael Hammersley and Marcel de Groot | Katten Muchin Rosenman LLP | Karen B. Dine & Jerry Hall | 575 Madison Ave | | New York | NY | 10022-2585 |
| Counsel to Michael Hammersley and Marcel de Groot | Katten Muchin Rosenman LLP | Rebecca Kinburn | 575 Madison Ave | | New York | NY | 10022-2585 |
| Counsel to JPMorgan Chase Bank, N.A., as (a) Administrative Agent under the Senior Secured Revolving Credit Agreement dated 6/17/14 (Revolver Agent) and (b) Collateral Agent under the Guaranty and Collateral Agreement dated 7/18/14 (Collateral Agent) | Landis Rath & Cobb LLP | Adam G. Landis, Keri K. Mumford, Kimberly A. Brown & Travis J. Ferguson | 919 Market Street, Suite 1800 | | Wilmington | DE | 19801 |
| US Trustee for the District of Delaware | Office of the United States Trustee Delaware | Benjamin A. Hackman | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| DE AG Office | Office of the US Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| Counsel to the Official Committee of Unsecured Creditors | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Brian S. Hermann, Samuel E. Lovett, Oksana Lashko & Kellie A. Cairns | 1285 Avenue of the Americas | | New York | NY | 10019 |
| Counsel to Cortland Capital Market Services L.L.C. as successor in interest to JP Morgan Chase Bank, N.A. as administrative agent under the Senior Secured Loan Agreement, dated as of July 18, 2014 | Potter Anderson & Corroon LLP | Jeremy W. Ryan, John A. Sensing, R. Stephen McNeill & D. Ryan Slaugh | 1313 N. Market Street, 6th foor | PO Box 951 | Wilmington | DE | 19801-0951 |
| Interested Party | Ricoh USA Inc | Recovery & Bankruptcy Group | 3920 Arkwright Road | Suite 400 | Macon | GA | 31210 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | One Penn Center | 1617 JFK Boulevard, Suite 520 | Philadelphia | PA | 19103 |
| Counsel to JPMorgan Chase Bank, N.A., as (a) Administrative Agent under the Senior Secured Revolving Credit Agreement dated 6/17/14 (Revolver Agent) and (b) Collateral Agent under the Guaranty and Collateral Agreement dated 7/18/14 (Collateral Agent) | Simpson Thacher & Bartlett LLP | Mary Beth Forshaw, Bryce L. Friedman, Sandeep Qusba, Kathrine A. Mclendon, Morris Massel, Nicholas Baker, Matthew T. O'Connor, Megan A. Tweed & Leah E. Barnes | 425 Lexington Avenue | | New York | NY | 10017-3954 |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Attorneys for Aspen American Insurance Company & Aspen Insurance UK Limited | Whiteford Taylor & Preston LLC | Thomas J. Francella, Jr. | 405 North King St, Suite 500 | The Renaissance Centre | Wilmington | DE | 19801 |
| Counsel to the Official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Joel A. Waite, Jaime Luton Chapman & Elizabeth S. Justison | Rodney Square | 1000 North King St | Wilmington | DE | 19801 |

# Exhibit D

**Exhibit D**
Served via First Class

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Michael R. Hammersley | PO Box 5161 | Greensboro | NC | 27435 |

In re Paragon Offshore plc, et al.,
Case No. 16-10386

Page 1 of 1