UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
PARAGON OFFSHORE PLC                                    :    Case No. 16–10386 (CSS)
                                                        :
                                                        :
          Debtor.¹                                      :
                                                        :
------------------------------------------------------- x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 30, 2018 AT 10:00 A.M. (ET)²**

**I.   CONTESTED MATTER GOING FORWARD:**

1. Debtor's Motion for Sanctions Against Michael R. Hammersley [D.I. 2048; filed January 11, 2018]

   Response/Objection Deadline:        January 23, 2018 at 4:00 p.m. (ET)

   Responses/Objections Received:

   A. Objection of Michael R. Hammersley to the Debtors' Motion for Sanctions [D.I. 2054; filed January 23, 2018]

   Related Documents:

   i. Debtor's Reply to the Objection of Michael R. Hammersley to the Debtor's Motion for Sanctions [D.I. 2056; filed January 25, 2018]

   ii. Motion of Debtor for Leave to File and Serve Debtor's Reply in Support of Debtor's Motion for Sanctions Against Michael R. Hammersley [D.I. 2057; filed January 25, 2018]

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

[2] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 30, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (ET) on Monday, January 29, 2018 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

      iii.      Objection of Michael R. Hammersley to the Motion of Debtor for Leave to File and Serve Debtor's Reply to the Objection of Michael R. Hammersley to the Debtor's Motion for Sanctions [D.I. 2059; filed January 26, 2018]

Status: The hearing on this matter will go forward.

Dated: January 26, 2018
      Wilmington, Delaware

      /s/ Amanda R. Steele
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Joseph C. Barsalona II (No. 6102)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Stephen A. Youngman (admitted *pro hac vice*)
Alfredo R. Pérez (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtor