IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PARAGON OFFSHORE PLC, et al., | : | Case No.: 16-10386 (CSS) |
| | : | Jointly Administered |
| Debtor. | : | |
| | : | Docket No.: 2048 |
| | : | |

## ORDER

Upon consideration of the Debtor's Motion for Sanctions Against Michael R. Hammersley [D.I. 2048] filed on January 11, 2018 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on January 30, 2018 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT the Motion is GRANTED, in part, and DENIED, in part, as follows:

1. Mr. Hammersley has violated Rule 9011 of the Federal Rules of Bankruptcy Procedure by repeatedly making duplicative claims that are (a) not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment

of new law; and (b) not supported by allegations and other factual contentions that have evidentiary support.

2. Effective as of the date of this Order, any further documents, whether in the form of a motion, notice or otherwise, submitted to the Court in these bankruptcy cases by Mr. Hammersley will be docketed but will not be considered nor acted upon by the Court.

3. Neither the Debtors nor any other party in interest are required to respond to any documents or notices filed or served by Mr. Hammersley in theses bankruptcy cases.

4. Notwithstanding the foregoing, this Order shall not apply to (a) Docket No. 2058 nor any documents filed in connection therewith; nor (b) any matter remanded to this Court by the District Court or the Third Circuit Court of Appeals.

5. The Court retains jurisdiction over all mattes arising from or related to this Order.

                                                     Christopher S. Sontchi
                                                     United States Bankruptcy Judge

Date: January 30, 2018