# SIGN-IN SHEET

**CASE NAME: Paragon**
**CASE NO: 16-10386 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 2/20/17 at 2:00 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Amanda Steele | Richards, Layton & Finger | Paragon Offshore PLC |
| Alfredo Perez | Weil, Gotshal | " |
| Michael R. Kennedy | Pro Se | self |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule

**Honorable Christopher S. Sontchi #6**

Calendar Date: 02/20/2018
Calendar Time: 02:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Paragon Offshore plc | 16-10386 | Hearing | 8905254 | Teresa Lii | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Prospector Offshore Drilling S.a r.l. | 17-11572 | Hearing | 8905340 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Prospector Offshore Drilling S.a r.l. | 17-11572 | Hearing | 8902813 | Robert A. Johnson | (212) 878-8004 ext. | Clifford Chance US LLP | Creditor, Sale Leaseback Parties / LIVE |
| | | Prospector Offshore Drilling S.a r.l. | 17-11572 | Hearing | 8905257 | Teresa Lii | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |

Clifford Carlson
Stephen Youngman