IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PARAGON OFFSHORE PLC, et al., | : | Case No.: 16-10386 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Docket No.: 2058 |
| | : | |

## **ORDER**

Upon consideration of the Motion of Michael R. Hammersley for Stay of Order Denying Motion of Michael R. Hammersley to Revoke the Order (I) Authorizing Modification of the Debtors' Fifth Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Pursuant to Section 1127 (B) of the Bankruptcy Code and (II) Determining that Further Disclosure and Resolicitation of Votes are not Required Pursuant to Section 1127(C) of the Bankruptcy Code [D.I. 2058] filed on January 25, 2018 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on February 20, 2018 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: February 21, 2018