UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| PARAGON OFFSHORE PLC | : | Case No. 16–10386 (CSS) |
| Debtor.[1] | : | |

---

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 3, 2021 AT 2:00 P.M. (ET)

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD,*
> *THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

### I. ADJOURNED MATTER:

1. Motion of the United States Trustee to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees Pursuant to 28 U.S.C. § 1930(a)(6) [D.I. 2231; filed May 12, 2021]

   Response/Objection Deadline: May 27, 2021 at 5:00 p.m. (ET); extended to June 2, 2021 at 4:00 p.m. (ET) for the Debtor

   Objections/Responses Received:

   A. Paragon Litigation Trust's Response to U.S. Trustee's Motion to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees Pursuant to 28 U.S.C. § 1930(a)(6) [D.I. 3329; filed May 27, 2021]

   Related Documents:

   i. Order Granting the Paragon Litigation Trust's Motion for Entry of an Order Approving the Settlement Among the Paragon Litigation Trust, The

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

> Noble Defendants, and the D&O Defendants [D.I. 2227; entered February 24, 2021]

    ii.    Notice of Motion of the United States Trustee to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees Pursuant to 28 U.S.C. § 1930(a)(6) [D.I. 2233; filed May 17, 2021]

<u>Status</u>: By agreement of the parties, the hearing on this matter has been adjourned to the hearing scheduled for June 10, 2021 at 11:00 a.m. (ET).

Dated: June 1, 2021
      Wilmington, Delaware

          /s/ Amanda R. Steele
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Alfredo R. Pérez (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtor