**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns hereby certify that on June 4, 2021, I caused the foregoing PARAGON LITIGATION TRUST'S MOTION FOR LEAVE TO FILE A REPLY TO PARAGON'S RESPONSE TO U.S. TRUSTEE'S MOTION TO COMPEL FILING OF POST-CONFIRMATION QUARTERLY REPORTS AND PAYMENT OF STATUTORY FEES to be served on the following parties by electronic mail:

Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)
benjamin.a.hackman@usdoj.gov

        */s/ Timothy P. Cairns*
        Timothy P. Cairns (DE Bar No. 4228)