# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re : Chapter 11
: 
PARAGON OFFSHORE PLC : Case No. 16–10386 (CSS)
: 
: 
Debtor.[1] :
: 
---------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 10, 2021 AT 11:00 A.M. (ET)

> **ZOOM INSTRUCTIONS:**
>
> **THE REMOTE HEARING WILL BE CONDUCTED *ENTIRELY* BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL *WILL NOT* BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE HEARING (PARTIES MUST REGISTER IN ADVANCE, BY NO LATER THAN 12:00 P.M. (NOON) (EDT) ON WEDNESDAY, JUNE 9, 2021, TO PARTICIPATE):**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsf-qhqj8pHPlzQJVJ7xOJlfMWVU4PvWA
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION E-MAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

I. **MATTER GOING FORWARD:**

  1. Paragon Litigation Trust's Motion for Leave to File a Reply to Paragon's Response to U.S. Trustee's Motion to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees [D.I. 2243; filed June 4, 2021]

     Response/Objection Deadline:     at the hearing

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

Objections/Responses Received:	None at this time

Related Documents:

i. Paragon Litigation Trust's Reply to Paragon's Response to U.S. Trustee's Motion to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees [D.I. 2242; filed June 4, 2021]

Status: The hearing on this matter will go forward.

## II. CONTESTED MATTER:

2. Motion of the United States Trustee to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees Pursuant to 28 U.S.C. § 1930(a)(6) [D.I. 2231; filed May 12, 2021]

    Response/Objection Deadline:	May 27, 2021 at 5:00 p.m. (ET); extended to June 2, 2021 at 4:00 p.m. (ET) for the Debtor

    Objections/Responses Received:

    A. Paragon Litigation Trust's Response to U.S. Trustee's Motion to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees Pursuant to 28 U.S.C. § 1930(a)(6) [D.I. 2239; filed May 27, 2021]

    B. Response of Paragon to U.S Trustee's Motion to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees [D.I. 2241; filed June 2, 2021]

    C. Paragon Litigation Trust's Rely to Paragon's Response to U.S. Trustee's Motion to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees [D.I. 2242; filed June 4, 2021]

    Related Documents:

    i. Order Granting the Paragon Litigation Trust's Motion for Entry of an Order Approving the Settlement Among the Paragon Litigation Trust, The Noble Defendants, and the D&O Defendants [D.I. 2227; entered February 24, 2021]

    ii. Notice of Motion of the United States Trustee to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees Pursuant to 28 U.S.C. § 1930(a)(6) [D.I. 2233; filed May 17, 2021]

    iii. Reply of the United States Trustee in Support of his Motion to Compel Filing of Post-Confirmation Quarterly Reports and Payment of Statutory Fees Pursuant to 28 U.S.C. § 1930(a)(6) [D.I. 2244; filed June 4, 2021]

Potential Witness Information:

*Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**")*:

a. Diane Giordano, of the U.S. Trustee's office, will be available to testify by video from her home

Status: The hearing on this matter will go forward.

Dated: June 8, 2021
     Wilmington, Delaware

      /s/ Christopher M. De Lillo
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Alfredo R. Pérez (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtor